UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X

ROY WARNER,

                              Plaintiff,

            -against-                                    **ORDER**
                                                         **CV-09-3557(SJF)(ETB)**

MONSOUR WINN KURLAND & WARNER, LLP
and STEPHEN WINN,

                              Defendants.
———————————————————————X
FEUERSTEIN, J.

    On August 17, 2009, plaintiff Roy Warner ("plaintiff") commenced this breach of contract

action against defendants Monsour Winn Kurland & Warner, LLP and Stephen Winn (collectively,

"defendants") pursuant to this Court's diversity jurisdiction under 28 U.S.C. § 1332. On October

23, 2009, defendants filed an answer to the complaint and asserted a counterclaim against plaintiff

seeking to recoup money they allegedly overpaid to plaintiff. On January 20, 2011, defendants

moved pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on their

counterclaim. By electronic order entered February 3, 2011, defendants' motion was referred to

Magistrate Judge E. Thomas Boyle for a report and recommendation in accordance with 28 U.S.C.

§ 636(b). On February 18, 2011, Magistrate Judge Boyle issued a Report and Recommendation

("the Report") recommending that defendants' motion be denied. No objections have been filed to

the Report. For the reasons stated herein, the Court accepts Magistrate Judge Boyle's Report in its

entirety.

                                               I

    Rule 72 of the Federal Rules of Civil Procedure permits magistrate judges to conduct

proceedings on dispositive pretrial matters without the consent of the parties. Fed. R. Civ. P. 72(b).

Any portion of a report and recommendation on dispositive matters, to which a timely objection has been made, is reviewed *de novo*. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). The court, however, is not required to review the factual findings or legal conclusions of the magistrate judge as to which no proper objections are interposed. See, Thomas v. Arn, 474 U.S. 140, 150, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). To accept the report and recommendation of a magistrate judge to which no timely objection has been made, the district judge need only be satisfied that there is no clear error on the face of the record. See Fed. R. Civ. P. 72(b); Johnson v. Goord, 487 F.Supp.2d 377, 379 (S.D.N.Y. 2007), aff'd, 305 Fed. Appx. 815 (2d Cir. Jan. 1, 2009); Baptichon v. Nevada State Bank, 304 F.Supp.2d 451, 453 (E.D.N.Y. 2004), aff'd, 125 Fed.Appx. 374 (2d Cir. 2005). Whether or not proper objections have been filed, the district judge may, after review, accept, reject, or modify any of the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

## II

No party has filed any objections to Magistrate Judge Boyle's Report. Upon review, the Court is satisfied that the Report is not facially erroneous. Accordingly, the Court accepts Magistrate Judge Boyle's Report in its entirety and adopts the Report as an order of the Court. Defendants' motion for summary judgment on their counterclaim is denied.

SO ORDERED.

_____
SANDRA J. FEUERSTEIN
United States District Judge

Dated: April 8, 2011
     Central Islip, New York